■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE M. STEWART, Appellant. [899 NYS2d 722]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered May 29, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Peradotto, Lindley and Sconiers, JJ.

■ In the Matter of DONATAE J. and Others. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SHAWNA F. et al., Appellants. [899 NYS2d 723]—Appeals from an order of the Family Court, Oneida County (Joan E. Shkane, J.), entered May 11, 2009 in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged that respondents had neglected the subject children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Peradotto, Lindley and Sconiers, JJ.